J. MICHAEL KEYES (State Bar No. 262281)
mike.keyes@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:  415.882.8200
Facsimile:  415.882.8220

BRITT L. ANDERSON (State Bar No. 212092)
britt.anderson@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, California  94304
Telephone:  650.798.6746
Facsimile: 650.798.6701

Attorneys for Plaintiff
InternMatch, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NXTBIGTHING, LLC, a Delaware limited liability company; and CHAD BATTERMAN, an individual,<br><br>    Defendants. | Case No. 3:14-cv-05438<br><br>**PLAINTIFF INTERNMATCH, INC.'S STATEMENT OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

## CERTIFICATE OF INTERESTED PARTIES AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff InternMatch, Inc. certifies that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of InternMatch, Inc.'s stock.

Dated: December 12, 2014

Respectfully submitted,

*/s/ J, Michael Keyes*_____

| J. Michael Keyes (Bar. No. 262281) | Britt L. Anderson (Bar. No. 212092) |
| K&L Gates LLP | K&L Gates LLP |
| 4 Embarcadero Center | 630 Hansen Way |
| Suite 1200 | Palo Alto, CA 94304 |
| San Francisco, CA 94111 | Telephone: 650.798.6746 |
| Telephone: 415.882.8200 | Facsimile: 650.798.6701 |
| Facsimile: 415.882.8220 | britt.anderson@klgates.com |
| mike.keyes@klgates.com | |

*Counsel for Plaintiff InternMatch, Inc.*

PLAINTIFF'S STATEMENT OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT
Case No. _____