1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  INTERNMATCH, INC., a Delaware | Case No. 14-CV-05438 ~~JSC~~ JST |
| 12  corporation, | |
| 13 | **~~[PROPOSED]~~ ORDER RE** |
|          Plaintiff, | **STIPULATION TO SET ASIDE** |
| 14      v. | **THE ENTRY OF DEFAULT AND** |
| 15 | **EXTENSION OF TIME FOR** |
| 16  NXTBIGTHING, LLC, a Delaware | **DEENDANT NXTBIGTHING, LLC** |
|     Limited liability company; and CHAD | **TO ANSWER OR OTHERWISE** |
| 17  BATTERMAN, individual, | **RESPOND TO PLAINTIFF'S** |
| 18 | **COMPLAINT** |
| 19          Defendants. | |

20
21
22
23
24
25
26
27
28

Case No. 14-CV-05438 JSC

WHEREAS, counsel for Plaintiff and Defendants have conferred and stipulated to set aside the January 20, 2015 Entry of Default and extend the deadline for Defendant Nxtbigthing, LLC to answer or otherwise respond to the Complaint until February 11, 2015; and

WHEREAS, good cause exists for this extension, the Court

**ORDERS** that the Stipulation to Set Aside the Order of Default is **GRANTED**. It is

**FURTHER ORDERED** that Defendant Nxtbigthing, LLC and Chad Batterman shall file their answer to the Complaint no later than February 11, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January  29 , 2015

_____
United States District Judge
Hon. Jon S. Tigar

Case No. 14-CV-05438 JSC