UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC. | Case No. 14-cv-05438-JST |
| Plaintiff, v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| NXTBIGTHING, LLC, a Delaware limited liability company; and CHAD BATTERMAN, individual, Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- **X** Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- **X**  other requested deadline   August 1, 2015

I, Mike Keyes, hereby attest that I conferred with counsel for defendants in this matter, that we agreed on the filing of this stipulation and that I received permission to sign on their behalf.

Dated: January 27, 2015                              */s/ J. Michael Keyes*
                                                             Attorney for Plaintiff

Dated: January 27, 2015                              */s/ Jeffery H. Hendelsman*
                                                             Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

    ☒X    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  March 3, 2015

