UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NXTBIGTHING, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-05438-JST<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Statement. ECF No. 49. The Court has already set a trial and pre-trial schedule, ECF No. 45, and it appears that there are no other matters that currently require the Court's attention. Although there was a suggestion at the last hearing that Defendants might retain additional counsel, ECF No. 44, that has not occurred. In light of the foregoing, there appears to be no need for a Case Management Conference, and so the one scheduled for May 13, 2015 is VACATED.

The Court notes that the parties stipulated to participate in the Court's mediation program, ECF No. 35, and the Court then adopted the parties' stipulation as its Order. ECF No. 36. Either the Court's ADR office will contact the parties shortly, or the Court will issue further instructions.

**IT IS SO ORDERED.**

Dated: May 8, 2015

                                                  JON S. TIGAR
                                     United States District Judge