JAMES MICHAEL KEYES - SBN 262281
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820
E-Mail:          efilingpa@dorsey.com
                     keyes.mike@dorsey.com


Attorneys for Plaintiff INTERNMATCH,
INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>v.<br><br>NXTBIGTHING, LLC, a Delaware limited liability company; and CHAD BATTERMAN, individual;,<br><br>             Defendant. | CASE NO. 3:14-CV-05438 JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION<br><br>Date:      July 24, 2015<br><br>Trial Date:    May 6, 2016 |

        The Court having considered the above Stipulation to Extend the Deadline to Complete

Mediation, IT IS HEREBY ORDERED that the mediation completion date shall be extended to

October 30, 2015.

Dated:  July 27, 2015

                                                                    By:  _____
                                                                         **Honora**
                                                                         United S

*IT IS SO ORDERED*

*Judge Jon S. Tigar*

-1-