J. MICHAEL KEYES (State Bar No. 262281)
LYNNDA A. MCGLINN (State Bar No. 161756)
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
E-Mail:     efilingpa@dorsey.com
            keyes.mike@dorsey.com
            mcglinn.lynnda@dorsey.com

Attorneys for Plaintiff and Counter-Defendant INTERNMATCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>NXTBIGTHING, LLC, a Delaware limited liability company; and CHAD BATTERMAN, individual,<br><br>              Defendant. | CASE NO. 3:14-CV-05438 JST<br><br>[PROPOSED] ORDER PERMITTING DEPOSITION OF THIRD PARTY JASON BOYER TO BE TAKEN AFTER DISCOVERY CUT-OFF |
| NXTBIGTHING, LLC, a Delaware limited liability company;<br><br>              Counter-claimant,<br><br>v.<br><br>INTERNMATCH, INC., a Delaware corporation,<br><br>              Counter-defendant. | |

**WHEREAS** on September 30, 2015, Plaintiff and Counter- Defendant InternMatch, Inc. ("Plaintiff") and Defendants and Counter-Complainants Nxtbigthing, LLC and Chad Batterman ("Defendants") jointly filed a Stipulation for which they requested the discovery period be extended through October 2, 2015 for the sole purpose of allowing InternMatch, Inc. to depose a third-party witness, Mr. Jason Boyer.

**WHEREAS** on September 30, 2015, Mr. Boyer was scheduled to appear for his deposition in Washington, D.C. at the law office of Dorsey & Whitney and at 8:02 PST on September 29, 2015, counsel of record called counsel for InternMatch, Inc. indicating that Mr. Boyer was unable to appear for a his deposition due to an accident that occurred several days prior.

**WHERAS** Mr. Boyer has indicated that he is able to attend his deposition in Washington D.C. on Friday, October 2, 2015 and counsel for both parties have agreed to schedule the deposition for 1:00 p.m. EST on October 2, 2015.

**THEREFORE**, the Court hereby **ORDERS** as follows:

The discovery period shall be extended through October 2, 2015 for the sole purpose of allowing InternMatch, Inc. to depose third-party witness, Mr. Jason Boyer at 1:00 p.m. EST on October 2, 2015.

**IT IS SO ORDERED**.

Dated: October 1, 2015



-2-

ORDER   CASE NO. 3:14-CV-05438 JST