UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNMATCH, INC.,

Plaintiff,

v.

NXTBIGTHING, LLC, et al.,

Defendants.

Case No.  14-cv-05438-JST

**ORDER VACATING HEARING**

Re: ECF No. 83

Before the Court is Defendant Nxtbigthing's Motion to Voluntarily Dismiss its Counterclaims.  ECF No. 83.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for January 28, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: January 19, 2016

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California