UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC.,<br>            Plaintiff,<br>    v.<br>NXTBIGTHING, LLC, et al.,<br>            Defendants. | Case No.  14-cv-05438-JST<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE**<br>Re: ECF No. 129 |

Earlier today, the Court issued an order striking Plaintiff's motion for partial summary judgment, and granting in part and denying in part Plaintiff's stipulated request to continue the trial date and all other deadlines contained in the Court's scheduling order.  ECF No. 129.  The basis of the Court's order was the Court's mistaken belief that Plaintiff's partial summary judgment motion was untimely.  Id.  The order was in error, however, because it overlooked a prior order extending the parties' time to file dispositive motions.  ECF No. 104.  The Court's earlier order at ECF No. 129 is therefore VACATED, and the motions at ECF Nos. 120 and 122 are REINSTATED.

Defendants' opposition brief is due April 7, 2016, and Plaintiff's reply brief is due April 14, 2016.  The hearing on the motion will be CONTINUED from May 26, 2016, the date for which it is currently noticed, to June 9, 2016 at 2:00 p.m.

The parties are ordered to submit an updated Joint Case Management Statement not later than May 26, 2016, setting forth proposed dates for the remainder of the case, including trial and pre-trial conference dates.  The Court will conduct a Case Management Conference following the motion hearing on June 9, 2016.

/ / /

1    All other deadlines in the case are VACATED.

2    IT IS SO ORDERED.

3   Dated:  March 28, 2016

                                                          _____
                                                          JON S. TIGAR
                                                          United States District Judge