UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>NXTBIGTHING, LLC, et al.,<br><br>   Defendant. | Case No. 14-cv-05438-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 142 |

  The Court hereby GRANTS the parties' stipulated request to allow Defendants' counsel to appear by telephone at the hearing scheduled for June 9, 2016 at 2:00 p.m. Not less than twenty-four hours before the hearing, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the hearing.

  IT IS SO ORDERED.

Dated: June 7, 2016

                      _____
                      JON S. TIGAR
                      United States District Judge