UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC.,<br>Plaintiff,<br>v.<br>NXTBIGTHING, LLC, et al.,<br>Defendants. | Case No. 3:14-CV-05438 JST<br>**FINAL JUDGMENT** |

The Court, having previously granted summary judgment in Plaintiff's favor on its claims for (1) declaratory judgment that Plaintiff has superior rights in the INTERNMATCH trademark; (2) cancellation of the mark INTERNMATCH U.S. Registration No. 4,641,911; (3) False Designation of Origin; and (4) Unfair Competition pursuant to Cal. Bus. & Prof. Code § 17200, and permanently enjoining Defendants Nxtbigthing, LLC and Chad Batterman (Dkt. No. 162), which findings and injunction are expressly incorporated by reference herein and made part of this Judgment; and the Court having previously granted Plaintiff's application for attorneys' fees and costs incurred in connection with Plaintiff's spoliation motion in the amount of $67,377.50 in attorneys' fees and $1,944.95 in costs for a total award of $69,233.45 (Dkt. No. 140), which findings and award are expressly incorporated by reference herein and made part of this Judgment,

**IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1) Judgment is hereby entered in favor of Plaintiff and against Defendants Nxtbigthing, LLC and Chad Batterman in the amount of $69,233.45. In accordance with 28 U.S.C. § 1961, post-judgment interest shall accrue from the date of entry of this judgment at the statutory rate specified in 28 U.S.C. § 1961.

2) The Court holds as a matter of law, Plaintiff has common law priority in the INTERNMATCH mark and declares Plaintiff the senior user of the mark and Defendants the junior users of the mark.

3) The Court orders cancellation of the mark INTERNMATCH U.S. Registration No. 4,641,911.

4) Defendants (including their officers, agents, servants, employees, attorneys, and others in active concert or participation with them) are enjoined from (1) claiming to any third parties that they have superior rights to the INTERNMATCH mark and (2) using or infringing in any matter the INTERNMATCH mark. This injunction binds only those who receive actual notice of it by personal service or otherwise. Fed. R. Civ. P. 65(d)(2).

5) The Court shall maintain jurisdiction over this action for the purpose of enforcing this Judgment.

DATED this 27th day of July, 2016.

U.S. District Court Judge Jon S. Tigar

PRESENTED BY:

DORSEY & WHITNEY LLP

*/s/ J. Michael Keyes*

J. MICHAEL KEYES
LYNNDA A. MCGLINN
Attorneys for Plaintiff and Counter-Defendant
INTERNMATCH, INC