UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NXTBIGTHING, LLC, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-05438-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: Dkt. No. 165 |

　　　　The Plaintiff has voluntarily dismissed its only remaining claim for Cancellation for Fraud on the U.S. Patent and Trademark Office without prejudice.  ECF No. 165.  Since the Plaintiff filed a notice of dismissal before the opposing party served a motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　　This case has been dismissed.  The Clerk shall close the file.

　　　　**IT IS SO ORDERED**.

Dated: July 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge