UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNMATCH, INC., <br>     Plaintiff, <br> v. <br> NXTBIGTHING, LLC, et al., <br>     Defendants. | Case No. 14-cv-05438-JST <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** <br> Re: ECF No. 184 |

The Court grants Plaintiff InternMatch, Inc.'s unopposed motion for voluntarily dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 184. This action is hereby dismissed with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.**

Dated: January 31, 2018

_____
JON S. TIGAR
United States District Judge